EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Violent Crimes Section Chief

HIEP P. PHAM
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 656-1360
Facsimile: (808) 656-1370
Email: phamhp@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Number: 04-00022 |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ) | |
| STEPHANIE HATFIELD, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney hereby

dismisses the information filed against STEPHANIE HATFIELD. The defendant has completed the Pretrial Diversion Program.

Dated: November 10, 2004, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
HIEP P. PHAM
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

Dated: NOV 22 2004